**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

**v.**                                    Case No. 09-cr-18-PB

**Paul Hewitt, et al.**

**O R D E R**

Defendant, Joseph Grasso, through counsel, has moved to continue the trial scheduled for March 3, 2009, so that he can enroll in a three-month drug treatment program at the Strafford County Jail prior to trial.  The government and co-defendants do not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 3, 2009 to July 7, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The February 25, 2009 final pretrial conference is continued
to June 23, 2009 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 23, 2009

cc:  Kevin Sharkey, Esq.
     Bjorn Lange, Esq.
     Stanley Norkunas, Esq.
     Mark Zuckerman, AUSA
     United States Probation
     United States Marshal